# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

ANTHONY WAYNE HARDIGREE,

    Plaintiff,

v.

STATHAM POLICE OFFICER MARC LOFTON, individually, CITY OF STATHAM, STATE TROOPER GARRETT SMITH, individually, and BARROW COUNTY SHERIFF'S DEPUTY CHAD NORRIS, individually,

    Defendants.

Civil Action
File No. 2:17-cv-236-RWS

## PLAINTIFF'S RESPONSE TO DEFENDANT CHAD NORRIS' FURTHER MOTION TO DISMISS BROUGHT INITIALLY IN HIS REPLY BRIEF

In Defendant Norris' reply brief in support of his motion to dismiss, Norris, for the first time, argues that the malicious prosecution claim against him should be dismissed. Plaintiff disagrees with the limited reasoning Norris deployed to reach that conclusion, to say nothing of the procedural impropriety of the timing. Nevertheless, Plaintiff does not contest Norris' requested relief, as Plaintiff has not brought a malicious prosecution claim against Defendant Norris. *See* Doc. 27, Second Amended Complaint, at 13 (asserting that claim against Defendant Marc Lofton only).

Respectfully submitted, this 11th day of May, 2018.

                                       */s/ William J. Atkins*
                                       William J. Atkins
                                       State Bar No. 027060

EDMOND, LINDSAY & HOFFLER, LLP
344 Woodward Avenue, SE
Atlanta, Georgia 30312
Tel. (404) 525-1090
batkins@edmondfirm.com

                                       */s/ Zack Greenamyre*
                                       Zack Greenamyre
                                       Georgia Bar No. 293002

MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
404-812-4747
zack@mitchellshapiro.com

## CERTIFICATION OF ELECTRONIC FILING

The undersigned hereby certifies the filing of this **Plaintiff's Response To Defendant Chad Norris' Further Motion To Dismiss Brought Initially In His Reply Brief** upon the parties and all counsel by the Court's Electronic Filing System.

This 11th day of May, 2018.

*/s/Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002
